[No. 16770-7-I. Division One. June 1, 1987.]

*In the Matter of the Marriage of* SUZANNE E. WEHMEYER, *Respondent, and* DALE L. WEHMEYER, *Respondent.*

SUZANNE E. WEHMEYER, *Respondent,* v. DALE L. WEHMEYER, *Defendant,* JOSEPHINE L. WEHMEYER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-3-00170-8, John M. Darrah, J., entered June 5, 1985. *Affirmed* by unpublished opinion per Nichols, J. Pro Tem., concurred in by Durham and Patrick, JJ. Pro Tem.

[No. 16850-9-I. Division One. June 1, 1987.]

STEPHEN J. ALLEN, ET AL, *Respondents,* v. KEITH A. HAGEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83-2-00958-4, Marshall Forrest, J., entered June 21, 1985. *Affirmed in part* and *remanded* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Callow and Chan, JJ. Pro Tem.

[No. 16036-2-I. Division One. June 1, 1987.]

T. J. CRAWFORD, JR., ET AL, *Appellants,* v. EMMETT WALSH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-06455-4, James J. Dore, J., entered January 3, 1985. *Affirmed* by unpublished opinion per Patrick, J. Pro Tem., concurred in by Andersen and Knight, JJ. Pro Tem.